COM.

v.

PREIMO, J.J.

2123 EDA 2015

Superior Court of Pennsylvania.

04/26/2017

CP–51–CR–0005256–2009
(Philadelphia)

Affirmed

COM.

v.

TILLIO, P.

3495 EDA 2015

Superior Court of Pennsylvania.

04/26/2017

CP–23–CR–0004226–2015 (Delaware)

Affirmed

COM.

v.

WALKER, M.

168 EDA 2016

Superior Court of Pennsylvania.

04/26/2017

CP–51–CR–0006271–2008
(Philadelphia)

Affirmed

COM.

v.

BARTON, F.

667 EDA 2016

Superior Court of Pennsylvania.

04/26/2017

CP–15–CR–0002373–2015
(Chester)

Affirmed